**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Constantin Petrov Graf von Spee, et al., | : |
| Plaintiffs, | : |
| | : |
| | :     **Case No. 3:05cv1488 (JBA)** |
| v. | : |
| | : |
| Wilhelm Graf von Spee, et al., | : |
| Defendants. | : |

**ENDORSEMENT ORDER [DOC. # 65]**

Plaintiffs having filed a Request for Clarification/Supplementation concerning the scheduling for discovery and briefing relating to defendants' Motion to Dismiss on grounds of <u>forum</u> <u>non</u> <u>conveniens</u> [Doc. # 65], in light of the fact that it was originally agreed and ordered that there would be a 120-day discovery period following defendants' filing of their Motion to Dismiss, and given that an extension providing defendants with additional time in which to file their Motion to Dismiss (<u>see</u> [Doc. # 46]) has shortened the length of that discovery period unless further extension is provided, plaintiffs' Request for Clarification/Supplementation is GRANTED and the following amended schedule is ORDERED:

1.  Defendants' Motion to Dismiss having been filed on 12/11/06, discovery related to that Motion will be completed by 4/11/07.[1]

---

[1] The Court acknowledges defendants' concern that one of their attorneys will be unavailable from March 29, 2007 through April 9, 2007 but also observes, as do plaintiffs, that several other attorneys have entered appearances on behalf of defendants

2.    Plaintiffs' opposition to the Motion will be filed by

5/11/07; and defendants' reply, if any, will be filed

by 5/25/07.

                                IT IS SO ORDERED.

                        _____/s/_____
                                Janet Bond Arterton
                                United States District Judge

**Dated at New Haven, Connecticut this 5th day of January, 2007.**

---

and should be able to assume responsibility for the discovery
during the last week and a half of the period.  Nevertheless, the
Court will consider any requests for extension of the discovery
period due to unavailability of counsel on good cause shown.